# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

FILED
RICHARD W. NAGEL
CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25-cr-00050 |
| | : | Judge Walter H. Rice |
| Plaintiff, | : | **INDICTMENT** |
| | : | |
| v. | : | 8 U.S.C. § 1326(a) |
| | : | |
| Jose Antonio Alvarenga | : | |
| | : | |
| Defendant. | : | |

**The Grand Jury charges:**

## COUNT 1

### 8 U.S.C. §1326(a)
### Reentry of Removed Alien

On or about February 26, 2025, in the Southern District of Ohio, JOSE ANTONIO ALVARENGA, an alien, was found in the United States after having been removed therefrom on or about August 10, 2012, at or near Alexandria, Louisiana and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

S/
Foreperson

KELLY A. NORRIS
Acting United States Attorney

*[signature]*

ERICA D. LUNDERMAN
Assistant United States Attorney