IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:25-CR-50 |
| Plaintiff | : | JUDGE WALTER H. RICE |
| v. | : | |
| JOSE ANTONIO ALVARENGA, | : | |
| Defendant | : | |

---

### UNITED STATES' SENTENCING MEMORANDUM

On June 23, 2026, Mr. Alvarenga is expected to enter a guilty plea to, and be sentenced for, Improper Entry of Alien by Eluding Inspection, in violation of 8 U.S.C. §1325(a)(2). The United States requests that this Court accept the proposed binding plea agreement and sentence Jose Antonio Alvarenga to a period of six months (*i.e.*, time served).

The Defendant, Jose Antonio Alvarenga, is before this Court because he illegally reentered the United Stated and was found in the Southern District of Ohio on February 26, 2025. The United States relies on the facts incorporated in the Court record regarding the offense conduct and Mr. Alvarenga's removal proceedings.[1] Mr. Alvarenga was arrested on March 3, 2025 by HSI agents and has been in federal custody ever since. The statutory maximum sentence for this offense is six (6) months and no more than one (1) year of supervised release. Consequently, Mr. Alvarenga has been in pre-trial custody for longer than the statutory-maximum sanction. A sentence of six months

---

[1] Mr. Alvarenga's removal history is outlined extensively in the Government's response to Defendant's Motion and Supplemental Motion to Dismiss the Indictment. See Doc. 22.

(or time served) is the most appropriate sentence, given the nature of his conduct and the time he already has served.

Respectfully submitted,

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

s/Erica D. Lunderman
ERICA D. LUNDERMAN
Assistant United States Attorney
Attorneys for Plaintiff
602 Federal Building
200 West Second Street
Dayton, OH   45402
Telephone: (937) 225-2910

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via this Court's ECF System on or about June 16, 2026.

s/Erica D. Lunderman
Erica D. Lunderman
Assistant United States Attorney