**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 3:25-cr-00050 |
| Plaintiff, | |
| vs. | Judge Walter H. Rice |
| JOSE ANTONIO ALVARENGA, | |
| Defendant. | **DEFENDANT'S SENTENCING MEMORANDUM** |

Comes now Defendant, Mr. Jose Alvarenga, by and through undersigned counsel, and respectfully submits this Sentencing Memorandum for the Court's consideration in connection with the sentencing hearing. For the reasons stated below—and those to be presented at the hearing—Mr. Alvarenga urges the Court to sentence him to the minimum sentence.

Mr. Alvarenga is expected to plead guilty to Improper Entry of Alien by Eluding Inspection, in violation of 8 U.S.C. §1325(a)(2). The Plea Agreement was made pursuant to Rule 11(c)(1)(A) of the Federal Rules of Criminal Procedure. As this is a Class B misdemeanor, the sentencing guidelines do not apply.

Under 18 U.S.C. § 3553(a), the Court must impose a sentence that is "sufficient, but not greater than necessary." In doing so, it considers the nature of the offense, the defendant's history and characteristics, the purposes of sentencing, the available sentencing options, the advisory

Guideline range, the need to avoid unwarranted disparities, and any need for restitution. These factors collectively guide the Court toward an individualized and proportionate sentence.

Applied here, the § 3553(a) factors strongly support imposing the minimum sentence. This is a first-time offender with no criminal history of any kind, whose conduct, while serious, carries a statutory maximum of only six months. He has already served well over a year in pretrial detention, far exceeding the statutory maximum punishment for this offense. His lack of prior record, his compliance while incarcerated, and the absence of any risk to the community all weigh heavily in favor of leniency.  He has a wife, step-children, and steady employment that he maintained up until the day he was detained.  In light of these considerations, Mr. Alvarenga requests a minimum sentence.

Respectfully submitted,

/s/*Marcie S. Sherman*
Marcie S. Sherman (0098573)
Attorney for Defendant
The Law Office of Marcie S. Sherman
120 W. Second Street, Ste. 1200
Dayton, OH 45402
937-529-8099 –Phone
937-347-5576 – Fax
msherman@937lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically served with the Clerk of Court, Southern District of Ohio, using the CM/CEF system which will send notification of such filing to all counsel of record.

/s/Marcie S. Sherman
Marcie S. Sherman (98573)