## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Case No. 3:25-CR-50** |
| | : | |
| **Plaintiff,** | : | **JUDGE WALTER H. RICE** |
| | : | |
| | : | **SUPERSEDING INFORMATION** |
| **v.** | : | |
| | : | |
| **Jose Antonio Alvarenga** | : | **8 U.S.C. § 1325(a)(2)** |
| | : | |
| **Defendant.** | : | |

**The United States Attorney Charges:**

### COUNT 1

**8 U.S.C. §1325(a)(2)**
**Improper Entry of Alien by Eluding Inspection**

On or about February 26, 2025, in the Southern District of Ohio, JOSE ANTONIO

ALVARENGA, an alien knowingly and unlawfully entering the United States, eluded examination

and inspection by immigration officers.

In violation of Title 8, United States Code, Section 1325(a)(2).


DOMINICK S. GERACE II
United States Attorney

ERICA D. LUNDERMAN
Assistant United States Attorney

Page **1** of **1**